

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Inigo, an individual<br><br>**Plaintiff,**<br>V.<br><br>Express Movers, Inc. a Hawaii Corporation, doing business as Express Movers, LLC, doing business as Movers Hawaii<br><br>**Defendant.** | Civil Action No. 18-cv-02844-BEN-DEB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Clerk of Court shall enter judgment in favor of Plaintiff in the amount of $1,838.97 in total damages.

Date:  11/19/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler

M. Exler, Deputy